FILED

2026 Apr-07  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

**DAVOUNTO RAY,**
    Plaintiff,

**v.**

**Case No. 1:25-cv-1733-CLM**

**LOCKHART, MORRIS &
MONTGOMERY INC.,**
    Defendant.

## SCHEDULING ORDER

This Order supersedes any prior orders and governs further proceedings in this case unless modified for good cause. The dates, deadlines, and discovery limits in this case are set forth below:

| Event | Date/Deadline |
| --- | --- |
| Initial Disclosures | April 17, 2026 |
| Deadline to Join Parties or Amend Pleadings | P: May 12, 2026<br><br>D: June 12, 2026 |
| Expert Reports | P: June 24, 2026<br><br>D: August 21, 2026 |
| Rule 26(e) Supplementation | Follow Fed. R. Civ. P. 26(e)(1)(a) |
| Joint Status Report | August 28, 2026 |
| All discovery complete (written discovery and depositions, including experts) | September 25, 2026 |
| Status Conference (telephone) | October 6, 2026, at 2:30 PM CST *call-in information will be provided* |

| Dispositive Motions | November 23, 2026<br>*Follow App'x II* |
|---|---|
| Witness and Exhibit Lists<br><br>Objections & Motions in Limine<br><br>Responses to Objections/MILs | April 9, 2027<br><br>April 16, 2027<br><br>April 23, 2027<br><br>*Follow App'x IV* |
| Pretrial Conference | April 30, 2027, at 2:00 PM<br>Anniston Federal Courthouse<br>1100 Gurnee Avenue,<br>Anniston AL 36201 |
| Jury Trial (2-3 days) | May 17, 2027, starting at 9:00 AM<br>Anniston Federal Courthouse<br>1100 Gurnee Avenue,<br>Anniston, AL 36201 |

The discovery limits in this case are set forth below:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 25 each party, due 30 days after service |
| Requests for Admissions | 30 each party, due 30 days after service |
| Requests for Production | 30 each party, due 30 days after service |
| Depositions | 10 each party, 7 hours each |

The parties will be provided call-in information for the October 6, 2026, telephone status conference before the phone call.

The parties shall file the joint status report on CM/ECF, and the report shall include (a) a description of the discovery that has been completed, (b) an explanation of what discovery still needs to be completed, and (c) the parties' plan for getting the outstanding discovery completed by the discovery deadline. The purpose of the joint status report is to ensure that the parties are on track to complete discovery by the September 25, 2026, discovery deadline.

All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order. All motions in limine, and all responses thereto, must comply with all requirements of Appendix IV to this court's Uniform Initial Order. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** on April 7, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE